# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **SCOTT ANDREW MCCAUL,**<br>       Plaintiff, | Civil Action No. 7:22-cv-00010 |
| v. | **MEMORANDUM OPINION** |
| **SGT. FRANK DULL,**<br>       Defendant(s), | By:  Thomas T. Cullen<br>United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint under 42 U.S.C. §1983.  By order entered January 11, 2022, the court directed plaintiff to submit, within 20 days from the date of the order, an inmate account form and a certified copy of plaintiff's trust fund account statement for the months of July and August 2021, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during those months. On February 2, 2022, plaintiff was given an extension of 20 additional days to produce the information.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

**ENTERED** this 3rd day of March, 2022.

                                          _____/s/ Thomas T. Cullen_____
                                                    United States District Judge